**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: DONALD FRANCIS KELLY, II

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

DONALD FRANCIS KELLY, II

    Respondent(s)

CHAPTER 13

CASE NO: 1-13-04693-RNO

## CERTIFICATION OF DEFAULT

    AND NOW on August 29, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of August 29, 2018, the Debtor(s) is/are $8744.00 in arrears with a plan payment having last been made on Aug 27, 2018

    In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

    Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 29, 2018

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DONALD FRANCIS KELLY, II

Debtor(s)

CHAPTER 13

CASE NO: 1-13-04693-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CERTIFICATION OF DEFAULT

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 29, 2018, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

DOROTHY L MOTT LAW OFFICE, LLC          SERVED ELECTRONICALLY
D/B/A MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101-

DONALD FRANCIS KELLY, II                SERVED BY 1ST CLASS MAIL
804 N. 16TH STREET
HARRISBURG, PA 17103

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101                    SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2018

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com