UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Donald Francis Kelly II, | : | |
|       Debtor | : | CHAPTER 13 |
| | : | |
| Charles J DeHart, III | : | CASE NO: 1:13-bk-04693-RNO |
| Chapter 13 Trustee | : | |
|    Movant | : | |
|    vs. | : | |
| Donald Francis Kelly II, | : | |
|    Respondent | : | |

## ORDER REINSTATING CASE

AND NOW, upon consideration of Debtors' Motion to Reinstate The Case, and all other matters of record, including a stipulation between Debtor and the Standing Chapter 13 Trustee, the Stipulation is approved and the case is REINSTATED. Debtors shall file an amended plan within fifteen (15) days from the date of this Order curing all plan arrearages.