```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 13-04693-RNO
Donald Francis Kelly, II                                                                Chapter 13
          Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar               Page 1 of 2                  Date Rcvd: Sep 21, 2018
                               Form ID: pdf010             Total Noticed: 42
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
```
db             +Donald Francis Kelly, II,    804 N 16th Street,    Harrisburg, PA 17103-1415
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,      PO Box 630267,    Irving, TX  75063)
4375323         ALLSTATE,    75 EXECUTIVE PKWY,    HUDSON, OH 44237-0001
4375326         BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,     PO BOX 8875,    CAMP HILL, PA 17001-8875
4375328        +CITY OF HARRISBURG,    BUR OF OPERATIONS & REVENUE,     10 NORTH SECOND STREET,
                 HARRISBURG, PA 17101-1677
4375330         COMM OF PA DEPT OF REVENUE,    BUREAU OF COMPLIANCE,     PO BOX 280946,
                 HARRISBURG, PA 17121-0946
4375331        +COMMONWEALTH OF PA,    DEPARTMENT OF REVENUE,    BUREAU OF INDIVIDUAL TAX,     DEPT 280431,
                 HARRISBURG, PA 17128-0431
4375332        +COMMONWEALTH OF PA,    OFFICE OF THE ATTORNEY GENERAL,     14TH FL STRAWBERRY SQUARE,
                 HARRISBURG, PA 17120-0001
4375333        +CONVERGENT OUTSOURCING INC,    500 SW 7TH STREET,     RENTON, WA 98057-2983
4852138        +Deutsche Bank National Trust Company, et al.,      Nationstar Mortgage LLC,    Po Box 619096,
                 Dallas,  TX 75261-9096
4375335        +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,     SIOUX FALLS SD 57107-0145
4375337        +H&S TOWING,    4180 CHAMBERS HILL ROAD,    HARRISBURG, PA 17111-2462
4384547         New York State Department of,    Taxation and Finance,     Bankruptcy Section,    PO Box 5300,
                 Albany, NY 12205-0300
4375342        +PHELAN HALLINAN LLP,    ONE PENN CTR PLAZA,    1617 JFK BLVD  STE 1400,
                 PHILADELPHIA PA 19103-1814
4375343         PHFA (CORRESPONDENCE),    211 N FRONT STREET,     PO BOX 15530,    HARRISBURG, PA 17105-5530
4375344         PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,     827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
4375346        +STATE OF NEW YORK DEPT OF TAXATION,    BANKRUPTCY SECTION,     PO BOX 5300,
                 ALBANY, NY 12205-0300
4375348       ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,     OKLAHOMA CITY OK 73118-7901
                (address filed with court: T-MOBILE BANKRUPTCY DEPT,      PO BOX 37380,    ALBUQUERQUE, NM 87176)
4375350       ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,     P O BOX 13009,    READING PA 19612-3009
                (address filed with court: UGI CORP,     225 MORGANTOWN RD,    READING, PA 19611)
4375352         WARNINGNOTICE.COM,    A/K/A CREDIT COLLECTION SERVICE COMMERCI,      PO BOX 7249 CORRESPONDENCE,
                 PORTSMOUTH, NH 03802-7249
4375354        +YAMAHA OF CAMP HILL,    3809 HARTZDALE DRIVE,     CAMP HILL, PA 17011-7810
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4375322         E-mail/Text: EBNProcessing@afni.com Sep 21 2018 19:04:49      AFNI INC,    404 BROCK DRIVE,
                 PO BOX 3097,    BLOOMINGTON, IL 61702-3097
4375324         E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 21 2018 19:04:44       ASSET ACCEPTANCE CORP,
                 PO BOX 2036,    WARREN, MI 48090-2036
4375325        +E-mail/Text: g20956@att.com Sep 21 2018 19:04:58      AT&T MOBILITY,
                 15901 E SKELLY DRIVE (PHILA),    TULSA, OK 74116-2809
4377211        +E-mail/Text: g20956@att.com Sep 21 2018 19:04:58      AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,     One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
4395749         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2018 19:11:33
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,     PO Box 248848,
                 Oklahoma City, OK  73124-8848
4402208         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2018 19:11:33
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
4442189         E-mail/Text: bankruptcynotice@franklincredit.com Sep 21 2018 19:04:39
                 Bosco Credit II Trust Series 2010-1,     Franklin Credit Managment Corporation,    PO Box 2301,
                 Jersey City, NJ 07303-2301
4375327        +E-mail/Text: dehartstaff@pamd13trustee.com Sep 21 2018 19:04:57       CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4375329        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 21 2018 19:05:04       COMM OF PA DEPT L&I,
                 READING B&C UNIT UTCS,    625 CHERRY ST ROOM 203,     READING, PA 19602-1152
4375334        +E-mail/Text: Bankruptcy.Consumer@dish.com Sep 21 2018 19:04:45       DISH NETWORK,    DEPT 0063,
                 PALATINE, IL 60055-0001
4375336         E-mail/Text: bankruptcynotice@franklincredit.com Sep 21 2018 19:04:39
                 Franklin Credit Management Corporation,     101 Hudson Street, 25th, Floor,
                 Jersey City, NJ 07302
4387228         E-mail/Text: bankruptcy@hccredit.com Sep 21 2018 19:05:07      HC PROCESSING CENTER,
                 PO Box 829,    Springdale, AR 72765-0829
4375338        +E-mail/Text: bankruptcy@hccredit.com Sep 21 2018 19:05:07      HCCREDIT/CIT,    PO BOX 829,
                 SPRINGDALE, AR 72765-0829
4375339         E-mail/Text: cio.bncmail@irs.gov Sep 21 2018 19:04:39      INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4379875         E-mail/Text: blegal@phfa.org Sep 21 2018 19:04:47      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
4392707         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2018 19:04:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
```

```
District/off: 0314-1           User: DDunbar              Page 2 of 2               Date Rcvd: Sep 21, 2018
                               Form ID: pdf010            Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4398411        +E-mail/Text: csidl@sbcglobal.net Sep 21 2018 19:04:55      Premier Bankcard/ Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
4375345        +E-mail/Text: Supportservices@receivablesperformance.com Sep 21 2018 19:05:01       RCVL PER MNG,
                 PO BOX 1548,    LYNNWOOD, WA 98046-1548
4392208         E-mail/Text: bkrcy@ugi.com Sep 21 2018 19:05:00      UGI Utilities,   225 Morgantown Rd,
                 Reading, PA 19612
4375351         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 21 2018 19:04:34
                 VERIZON BANKRUPTCY ADMIN.-EAST,   PO BOX 3037,   BLOOMINGTON, IL 61702-3037
4375353        +E-mail/Text: RMOpsSupport@alorica.com Sep 21 2018 19:04:50      WEST ASSET MANAGEMENT,
                 7171 MERCY RD STE 100,   OMAHA NE 68106-2636
                                                                                               TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BOSCO CREDIT II TRUST SERIES 2010-1
4375340*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4375341*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE,   350 HIGHLAND DRIVE,   LEWISVILLE, TX 75067)
4433137*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
4375349*      ++T MOBILE,   C O AMERICAN INFOSOURCE LP,   4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-MOBILE USA BANKRUPTCY DEPT,   PO BOX 53410,   BELLEVUE, WA 98015)
4375347       ##+STELLAR RECOVERY, INC,   1327 HIGHWAY 2 W,   STE 100,   KALISPELL, MT 59901-3413
                                                                                   TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Donald Francis Kelly, II DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company et. al.
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES
               2006-2 bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   Deutsche Bank National Trust Company et. al.
               pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor   Nationstar Mortgage, LLC. pamb@fedphe.com
              Kara Katherine Gendron    on behalf of Debtor 1 Donald Francis Kelly, II karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Peter J Ashcroft    on behalf of Creditor   Consumer Portfolio Services, Inc.
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Thomas I Puleo    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES
               2006-2 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|     Donald Francis Kelly II, : | |
|         Debtor : | CHAPTER 13 |
| : | |
| Charles J DeHart, III : | CASE NO: 1:13-bk-04693-RNO |
| Chapter 13 Trustee : | |
|     Movant : | |
|     vs. : | |
| Donald Francis Kelly II, : | |
|     Respondent : | |

ORDER REINSTATING CASE

AND NOW, upon consideration of Debtors' Motion to Reinstate The Case, and all other matters of record, including a stipulation between Debtor and the Standing Chapter 13 Trustee, the Stipulation is approved and the case is REINSTATED. Debtors shall file an amended plan within fifteen (15) days from the date of this Order curing all plan arrearages.

Dated: September 21, 2018

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge (BI)