```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                   Case No. 13-04693-RNO
Donald Francis Kelly, II                                                 Chapter 13
            Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar               Page 1 of 2                  Date Rcvd: Nov 08, 2018
                               Form ID: 3180W              Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
```
db          +Donald Francis Kelly, II,    804 N 16th Street,    Harrisburg, PA 17103-1415
cr         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC.,      PO Box 630267,    Irving, TX   75063)
4375323      ALLSTATE,    75 EXECUTIVE PKWY,    HUDSON, OH 44237-0001
4375326      BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,     PO BOX 8875,    CAMP HILL, PA 17001-8875
4375328     +CITY OF HARRISBURG,    BUR OF OPERATIONS & REVENUE,    10 NORTH SECOND STREET,
             HARRISBURG, PA 17101-1677
4375330      COMM OF PA DEPT OF REVENUE,    BUREAU OF COMPLIANCE,    PO BOX 280946,
             HARRISBURG, PA 17121-0946
4375331      COMMONWEALTH OF PA,    DEPARTMENT OF REVENUE,    BUREAU OF INDIVIDUAL TAX,     DEPT 280431,
             HARRISBURG, PA 17128-0431
4375332     +COMMONWEALTH OF PA,    OFFICE OF THE ATTORNEY GENERAL,    14TH FL STRAWBERRY SQUARE,
             HARRISBURG, PA 17120-0001
4852138     +Deutsche Bank National Trust Company, et al.,     Nationstar Mortgage LLC,    Po Box 619096,
             Dallas, TX 75261-9096
4375337     +H&S TOWING,    4180 CHAMBERS HILL ROAD,    HARRISBURG, PA 17111-2462
4384547      New York State Department of,    Taxation and Finance,    Bankruptcy Section,    PO Box 5300,
             Albany, NY 12205-0300
4375342     +PHELAN HALLINAN LLP,    ONE PENN CTR PLAZA,    1617 JFK BLVD  STE 1400,
             PHILADELPHIA PA 19103-1814
4375343      PHFA (CORRESPONDENCE),    211 N FRONT STREET,    PO BOX 15530,    HARRISBURG, PA 17105-5530
4375344      PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
4375346     +STATE OF NEW YORK DEPT OF TAXATION,    BANKRUPTCY SECTION,     PO BOX 5300,
             ALBANY, NY 12205-0300
4375350     ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,    READING PA 19612-3009
             (address filed with court: UGI CORP,    225 MORGANTOWN RD,    READING, PA 19611)
4375352      WARNINGNOTICE.COM,    A/K/A CREDIT COLLECTION SERVICE COMMERCI,    PO BOX 7249 CORRESPONDENCE,
             PORTSMOUTH, NH 03802-7249
4375354     +YAMAHA OF CAMP HILL,    3809 HARTZDALE DRIVE,    CAMP HILL, PA 17011-7810
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4375322      EDI: AFNIRECOVERY.COM Nov 09 2018 00:18:00      AFNI INC,    404 BROCK DRIVE,    PO BOX 3097,
             BLOOMINGTON, IL 61702-3097
4375324      EDI: ACCE.COM Nov 09 2018 00:18:00      ASSET ACCEPTANCE CORP,    PO BOX 2036,
             WARREN, MI 48090-2036
4375325     +EDI: CINGMIDLAND.COM Nov 09 2018 00:18:00      AT&T MOBILITY,    15901 E SKELLY DRIVE (PHILA),
             TULSA, OK 74116-2809
4377211     +EDI: CINGMIDLAND.COM Nov 09 2018 00:18:00      AT&T Mobility II LLC,    % AT&T Services, Inc,
             Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
4395749      EDI: AIS.COM Nov 09 2018 00:18:00      American InfoSource LP as agent for,
             T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK   73124-8848
4402208      EDI: AIS.COM Nov 09 2018 00:18:00      American InfoSource LP as agent for,    Verizon,
             PO Box 248838,    Oklahoma City, OK   73124-8838
4442189      E-mail/Text: bankruptcynotice@franklincredit.com Nov 08 2018 19:14:07
             Bosco Credit II Trust Series 2010-1,    Franklin Credit Managment Corporation,    PO Box 2301,
             Jersey City, NJ 07303-2301
4375327     +E-mail/Text: dehartstaff@pamd13trustee.com Nov 08 2018 19:14:29       CHARLES J DEHART, III, ESQ.,
             8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4375329      E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Nov 08 2018 19:14:43       COMM OF PA DEPT L&I,
             READING B&C UNIT UTCS,    625 CHERRY ST ROOM 203,    READING, PA 19602-1152
4375333     +EDI: CONVERGENT.COM Nov 09 2018 00:18:00      CONVERGENT OUTSOURCING INC,    500 SW 7TH STREET,
             RENTON, WA 98057-2983
4375334     +EDI: ESSL.COM Nov 09 2018 00:18:00      DISH NETWORK,    DEPT 0063,    PALATINE, IL 60055-0001
4375335     +EDI: AMINFOFP.COM Nov 09 2018 00:18:00      FIRST PREMIER BANK,    3820 N LOUISE AVENUE,
             SIOUX FALLS SD 57107-0145
4375336      E-mail/Text: bankruptcynotice@franklincredit.com Nov 08 2018 19:14:07
             Franklin Credit Management Corporation,    101 Hudson Street, 25th, Floor,
             Jersey City, NJ 07302
4387228      E-mail/Text: bankruptcy@hccredit.com Nov 08 2018 19:14:48       HC PROCESSING CENTER,
             PO Box 829,    Springdale, AR 72765-0829
4375338     +E-mail/Text: bankruptcy@hccredit.com Nov 08 2018 19:14:48       HCCREDIT/CIT,    PO BOX 829,
             SPRINGDALE, AR 72765-0829
4375339      EDI: IRS.COM Nov 09 2018 00:18:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
             PHILADELPHIA, PA 19101-7346
4379875      E-mail/Text: blegal@phfa.org Nov 08 2018 19:14:17       PHFA/HEMAP,    211 NORTH FRONT ST,
             PO BOX 8029,    HARRISBURG, PA 17105
4392707      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 19:14:15
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA 17128-0946
4398411     +E-mail/Text: csidl@sbcglobal.net Nov 08 2018 19:14:28       Premier Bankcard/ Charter,
             P.O. Box 2208,    Vacaville, CA 95696-8208
4375345     +E-mail/Text: Supportservices@receivablesperformance.com Nov 08 2018 19:14:37       RCVL PER MNG,
             PO BOX 1548,    LYNNWOOD, WA 98046-1548
```

```
District/off: 0314-1          User: DDunbar             Page 2 of 2              Date Rcvd: Nov 08, 2018
                              Form ID: 3180W            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4375348        EDI: AISTMBL.COM Nov 09 2018 00:18:00      T-MOBILE BANKRUPTCY DEPT,    PO BOX 37380,
                ALBUQUERQUE, NM 87176
4375349        EDI: AISTMBL.COM Nov 09 2018 00:18:00      T-MOBILE USA BANKRUPTCY DEPT,    PO BOX 53410,
                BELLEVUE, WA 98015
4392208        E-mail/Text: bkrcy@ugi.com Nov 08 2018 19:14:35       UGI Utilities,    225 Morgantown Rd,
                Reading, PA 19612
4375351        EDI: VERIZONCOMB.COM Nov 09 2018 00:18:00      VERIZON BANKRUPTCY ADMIN.-EAST,    PO BOX 3037,
                BLOOMINGTON, IL 61702-3037
4375353       +EDI: WESTASSET.COM Nov 09 2018 00:18:00      WEST ASSET MANAGEMENT,    7171 MERCY RD  STE 100,
                OMAHA NE 68106-2636
                                                                                              TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BOSCO CREDIT II TRUST SERIES 2010-1
4375340*       IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4375341*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE,    350 HIGHLAND DRIVE,   LEWISVILLE, TX 75067)
4433137*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,   Dallas, TX 75261-9741)
4375347      ##+STELLAR RECOVERY, INC,    1327 HIGHWAY 2 W,    STE 100,   KALISPELL, MT 59901-3413
                                                                                  TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Donald Francis Kelly, II DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company et. al.
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES
               2006-2 bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Deutsche Bank National Trust Company et. al.
               pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    Nationstar Mortgage, LLC. pamb@fedphe.com
              Kara Katherine Gendron    on behalf of Debtor 1 Donald Francis Kelly, II karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Peter J Ashcroft    on behalf of Creditor    Consumer Portfolio Services, Inc.
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Thomas I Puleo    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES
               2006-2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Donald Francis Kelly II** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9892** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **1:13–bk–04693–RNO** | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Donald Francis Kelly II

**By the court:**

*[signature: Robt N. Opel II]*

November 8, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: DDunbar, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**