**Fill in this information to identify the case:**

Debtor 1       Donald Francis Kelly, II

Debtor 2

United States Bankruptcy Court for the: Middle  District of Pennsylvania

Case number :    1:13-bk-04693-RNO

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

**Name of creditor:** <u>Deutsche Bank National Trust Company, as Trustee for MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-2</u>

**Court claim no.** (if known):  <u>15</u>

**Last 4 digits** of any number you use to identify the debtor's account:  <u>8209</u>

**Property Address:**  <u>804 NORTH 16TH STREET</u>
<u>HARRISBURG  Pennsylvania  17103</u>

### Part : 2   Prepetition Default Payments

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$

### Part 3:   Postpetition Mortgage Payment

*Check one:*

[ ]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) Is due on:

[X]  Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:8/1/2018

(a) $ 2709.80

b. Total fees, charges, expenses, escrow, and costs outstanding:

+ (b) $ 6802.07

c. **Total**. Add lines a and b.

(c) $9511.87

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Case 1:13-bk-04693-RNO     Doc 91     Filed 12/11/18     Entered 12/11/18 19:34:44     Desc
Main Document     Page 1 of 7

---

**Part 4:**    **Itemized Payment History**

---

If the creditor disagrees in Party 2 that the prepetition arrearage has been paid in full or states in Part 3 that the
debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs,
the creditor must attach an itemized payment history disclosing the following amounts from the date of the
bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:**    **Sign Here**

---

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's
proof of claim.**

*Check the appropriate box:*

[   ]   I am the creditor.

[X]   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my
knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address
listed on the proof of claim to which this response applies.


<u>/S/ Mary Vitartas</u>                        Date    <u>12/11/2018</u>
Signature


Print:      <u>Mary Vitartas</u>             Title   <u>Authorized Agent for Creditor</u>

Company      <u>Padgett Law Group</u>

**If different from the notice address listed on the proof of claim to which this response applies:**

Address      <u>6267 Old Water Oak Road, Suite 203</u>

             <u>Tallahassee FL, 32312</u>

Contact phone      <u>(850) 422-2520</u>        Email       bkcrm@padgettlaw.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___11th___ day of December, 2018.

/S/Mary Vitartas

MARY VITARTAS
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlaw.net
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 13-43430-bem)

Debtor 1
Donald Francis Kelly, II
804 N 16th Street
Harrisburg, PA 17103

Debtors Attorney
Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Dorothy L Mott
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Trustee
Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

## Loan Demographics

| Account Number | ████ | Number | 13-04693 | Property Address | 804 NORTH 16TH STREET HARRISBURG PA 17103 . |

### Bankruptcy Filing Information

| Filed By | DONALD KELLY | Chapter Filed | Chapter 13 | | Gov't Loan | |
| | | Bankruptcy Filing Date | 09/12/2013 | | POC Filing Date | 1/14/2014 |
| District | MIDDLE DISTRICT OF PENNSYLVANIA | | | | 1st Post Due Date | 10/1/2013 |
| Beneficiary (Action in the Name of) | | | | | | |

### First Borrower

| | | | | | Non-filing Co-Signer | |
| Name | DONALD KELLY | | SSN | | | |

### Second Borrower

| | | | 0 | | Non-filing Co-Signer | |
| Name | | | SSN | | | |

| Payoff Figures as of: | 00/00/0000 | Delinquent Contractual/Post Petition Payments | | | | | |
|---|---|---|---|---|---|---|---|
| | | Date Due | Amount Due (P&I and Escrow) | Principle & Interest | Escrow | Number of Months | Total Due |
| Unpaid Balance | | | | | | | $ - |
| Interest Amount | | | | | | | $ - |
| Interest Rate | | | | | | | $ - |
| Per Diem | | | | | | | $ - |
| Escrow Advance | | | | | | | $ - |
| Corporate Advance | | | | | | | $ - |
| NSF | | | | | | | $ - |
| Total Suspense* | | | | | | | $ - |
| *Includes all Pre-Petition and Post - Petition Suspense | | Suspense** | $ 359.82 | | | | $ (359.82) |
| TOTAL | $ - | TOTAL | | | | | $ (359.82) |
| | | **If Chapter 13, will include Post Petition Suspense | | | | | |
| | | **If Chapter 7, will include all suspense | | | | | |

| ████ | | National Settlement Agreement* | | |
|---|---|---|---|---|
| Contractual Due Date as per LSAMS | | | ████ | |
| Current Post Petition Due date as per Post Ledger | | *All loans acquired from Bank of America effective January 1,2013. | | |
| Contractual/Post Petition Payment Amount Due (P&I and Escrow) | | | | |

| Other Information | | Right to Foreclosure Language* | |
|---|---|---|---|
| Property Treatment | Retain | *Please include right to foreclose language in the Motion for Relief | |
| Property Status | Secured | | |
| Motion for Dismissal Filing Date | No | | |
| Pending Discharge | No | ████ . | |
| Trustee Pay All | No | | |
| Loss Mitigation Status | Not Active | | |
| Interest Amount at the Time of Filing | #REF! | | |

*LM Status and copies of any and all available denial letters are required in CA
*If referral is for CA and NY, breakdown for Corp. Advances is required.  IF for FL and MD,  breakdown for Corp Advances and Escrow Advances are required
*If referral is for CA and CO, then contractual payment history is needed for one year prior to the contractual due date.

| Payment Address | All payments and mail | Comments | |
|---|---|---|---|
| Nationstar Mortgage, LLC | should be addressed as | Last payment received on | |
| PO Box 619094 | ATTN: Bankruptcy Dept | | |
| Dallas, TX 75261-9741 | | | |
| Correspondence Address | | | |
| Nationstar Mortgage, LLC | | | |
| PO Box 619096 | | | |
| Dallas, TX 75261-9741 | | | |
| | | Processed by | |

| Filed By: | DONALD KELLY |
|---|---|
| | 0 |
| Case Number: | 13-04693 |
| Filing Date: | 09/12/13 |

| | POC Figures | Comments |
|---|---|---|
| Payments | $13,071.24 | AO PAYMENTS |
| AO Payments | | |
| Escrow | | |
| PREPITION FEES | $3,207.33 | |
| NSF Fees | | |
| FCL fees and Cost | $1,031.00 | |
| ATTY FEES | | |
| FILING FEES | | |
| TITLE FEES | | |
| PROPERTY INSPEC | | |
| BK FEES | | |
| Other fees | | |
| Others | | |
| Suspense | $363.72 | |
| Total POC | $16,945.85 | |

Trustee Disbursements

| Payment Received | Principal Received | POC Balance | Applied To | Payment Applied | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAMS Trustee Suspense Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (Date) | | $ 16,945.85 | (Date) | | | | | | |
| | | $ 16,945.85 | | | | | | | |
| | | $ 16,945.85 | | | | | $ - | $ - | |
| 02/20/14 | | $ 16,945.85 | | $ 754.11 | | | $ (754.11) | $ (754.11) | |
| 03/04/14 | | $ 16,945.85 | | $ 754.11 | | | $ (754.11) | $ (1,508.22) | |
| 03/18/14 | | $ 16,945.85 | | $ 754.11 | | | $ (754.11) | $ (2,262.33) | |
| 12/18/14 | | $ 16,945.85 | | $ 733.85 | | | $ (733.85) | $ (2,996.18) | |
| 01/14/15 | $ 228.97 | $ 16,716.88 | | | | | $ 228.97 | $ (2,767.21) | |
| 02/11/15 | $ 243.01 | $ 16,473.87 | | | | | $ 243.01 | $ (2,524.20) | |
| 04/07/15 | $ 485.99 | $ 15,987.88 | | | | | $ 485.99 | $ (2,038.21) | |
| 06/09/15 | $ 242.98 | $ 15,744.90 | | | | | $ 242.98 | $ (1,795.23) | |
| 08/07/15 | $ 729.00 | $ 15,015.90 | | | | | $ 729.00 | $ (1,066.23) | |
| 11/10/15 | $ 60.11 | $ 14,955.79 | | | | | $ 60.11 | $ (1,006.12) | |
| 12/08/15 | $ 120.23 | $ 14,835.56 | | | | | $ 120.23 | $ (885.89) | |
| 01/12/16 | $ 571.06 | $ 14,264.50 | | | | | $ 571.06 | $ (314.83) | |
| 02/10/16 | $ 525.98 | $ 13,738.52 | | | | | $ 525.98 | $ 211.15 | |
| | $ (211.15) | $ 13,949.67 | | | | | $ (211.15) | $ - | |
| LOANMOD ENTRED | | $ 13,949.67 | | | | | $ - | $ - | |
| 09/20/17 | $ 60.11 | $ 13,889.56 | | | | | $ 60.11 | $ 60.11 | |
| 09/20/17 | $ 300.56 | $ 13,589.00 | | | | | $ 300.56 | $ 360.67 | |
| 09/20/17 | $ 240.45 | $ 13,348.55 | | | | | $ 240.45 | $ 601.12 | |
| 09/20/17 | $ 360.67 | $ 12,987.88 | | | | | $ 360.67 | $ 961.79 | |
| 09/20/17 | $ 180.33 | $ 12,807.55 | | | | | $ 180.33 | $ 1,142.12 | |
| 09/20/17 | $ 240.45 | $ 12,567.10 | | | | | $ 240.45 | $ 1,382.57 | |
| 09/20/17 | $ 199.27 | $ 12,367.83 | | | | | $ 199.27 | $ 1,581.84 | |
| 09/20/17 | $ 243.51 | $ 12,124.32 | | | | | $ 243.51 | $ 1,825.35 | |
| 09/20/17 | $ 120.73 | $ 12,003.59 | | | | | $ 120.73 | $ 1,946.08 | |
| 09/22/17 | $ (1,946.08) | $ 13,949.67 | | | | | $ (1,946.08) | $ - | |
| 02/14/18 | $ 173.20 | $ 13,776.47 | | | | | $ 173.20 | $ 173.20 | |
| 03/15/18 | $ 299.20 | $ 13,477.27 | | | | | $ 299.20 | $ 472.40 | |
| 04/09/18 | $ 299.20 | $ 13,178.07 | | | | | $ 299.20 | $ 771.60 | |
| 05/21/18 | $ 448.80 | $ 12,729.27 | | | | | $ 448.80 | $ 1,220.40 | |
| 06/12/18 | $ 123.63 | $ 12,605.64 | | | | | $ 123.63 | $ 1,344.03 | |
| 06/12/18 | $ 474.77 | $ 12,130.87 | | | | | $ 474.77 | $ 1,818.80 | |
| 07/17/18 | $ 374.00 | $ 11,756.87 | | | | | $ 374.00 | $ 2,192.80 | |
| 08/14/18 | $ 299.20 | $ 11,457.67 | | | | | $ 299.20 | $ 2,492.00 | |
| 08/16/18 | | $ 11,457.67 | | $ 765.89 | | | $ (765.89) | $ 1,726.11 | |
| 09/10/18 | | $ 11,457.67 | | $ 765.89 | | | $ (765.89) | $ 960.22 | |
| 09/13/18 | | $ 11,457.67 | | $ 765.89 | | | $ (765.89) | $ 194.33 | |
| | $ (194.33) | $ 11,652.00 | | | | | $ (194.33) | $ (0.00) | |
| | | $ 11,652.00 | | | | | $ - | $ (0.00) | |
| | | $ 11,652.00 | | | | | $ - | $ (0.00) | |
| | | $ 11,652.00 | | | | | $ - | $ (0.00) | |
| | | $ 11,652.00 | | | | | $ - | $ (0.00) | |
| | | $ 11,652.00 | | | | | $ - | $ (0.00) | |
| | | $ 11,652.00 | | | | | $ - | $ (0.00) | |
| | | $ 11,652.00 | | | | | $ - | $ (0.00) | |
| | | $ 11,652.00 | | | | | $ - | $ (0.00) | |
| | | $ 11,652.00 | | | | | $ - | $ (0.00) | |
| | | $ 11,652.00 | | | | | $ - | $ (0.00) | |
| | | $ 11,652.00 | | | | | $ - | $ (0.00) | |

## Post-Petition Ledger

| Filed By: | DONALD KELLY | | Payment Changes | | |
|---|---|---|---|---|---|
| | 0 | | | | |
| Case Number: | 13-04693 | From Date | To Date | Total Amount | P&I Total | Escrow Total |
| Filing Date: | 09/12/13 | 1-May-17 | | $695.48 | | |
| Payments in POC: | $13,071.24 | 1-Mar-18 | | $677.45 | | |
| First Post Due Date: | 10/01/13 | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | | |
| | | | | $ - | | | | | $ - | $ - |
| 11/20/13 | $ 733.85 | | | $ 733.85 | | | | | $ 733.85 | $ 733.85 |
| 02/20/14 | $ 754.11 | | | $ 1,487.96 | | | | | $ 754.11 | $ 1,487.96 |
| 02/20/14 | $ 0.89 | | | $ 1,488.85 | | | | | $ 0.89 | $ 1,488.85 |
| 03/04/14 | $ 754.11 | | | $ 2,242.96 | | | | | $ 754.11 | $ 2,242.96 |
| 03/04/14 | $ 0.89 | | | $ 2,243.85 | | | | | $ 0.89 | $ 2,243.85 |
| 03/18/14 | $ 754.11 | | | $ 2,997.96 | | | | | $ 754.11 | $ 2,997.96 |
| 04/15/15 | | | | $ 2,997.96 | | $ 754.11 | | | $ (754.11) | $ 2,243.85 |
| 08/07/15 | | | | $ 2,997.96 | | $ 754.11 | | | $ (754.11) | $ 1,489.74 |
| 12/31/15 | $ 919.17 | | | $ 3,917.13 | | | | | $ 919.17 | $ 2,408.91 |
| 01/12/16 | | | | $ 3,917.13 | | $ 1,063.45 | | | $ (1,063.45) | $ 1,345.46 |
| 01/31/16 | $ 919.17 | | | $ 4,836.30 | | | | | $ 919.17 | $ 2,264.63 |
| 01/31/16 | | | | $ 4,836.30 | | $ 1,063.45 | | | $ (1,063.45) | $ 1,201.18 |
| | $ 211.15 | | | $ 5,047.45 | | | | | $ 211.15 | $ 1,412.33 |
| LAON MOD ENTERED 3-1-16 | | | | $ 1,412.33 | | | | | | $ 1,412.33 |
| 02/08/16 | | | $ 836.25 | $ 576.08 | principal | $ 836.25 | | | $ (836.25) | $ 576.08 |
| 09/20/17 | $ 912.36 | | | $ 1,488.44 | | | | | $ 912.36 | $ 1,488.44 |
| 09/20/17 | $ 695.48 | | | $ 2,183.92 | | | | | $ 695.48 | $ 2,183.92 |
| 09/20/17 | $ 450.00 | 03/01/16 | $ 912.36 | $ 1,721.56 | | | | | $ 450.00 | $ 2,633.92 |
| 09/20/17 | $ 250.00 | 04/01/16 | $ 912.36 | $ 1,059.20 | | | | | $ 250.00 | $ 2,883.92 |
| 10/10/17 | | 05/01/16 | $ 695.48 | $ 363.72 | | $ 912.36 | | | $ (912.36) | $ 1,971.56 |
| 10/10/17 | | | | $ 363.72 | | $ 912.36 | | | $ (912.36) | $ 1,059.20 |
| 10/10/17 | | | | $ 0.00 | | $ 695.48 | | | $ (695.48) | $ 363.72 |
| AGREED ORDER June 16 to Dec 17 iao $13071.24, Fees $1031.00, Susp($363.72) | | | | | | | | | | $ 363.72 |
| 01/26/18 | $ 678.00 | | | $ 678.00 | | | | | $ 678.00 | $ 1,041.72 |
| 01/29/18 | | 01/01/18 | $ 677.92 | $ 0.08 | | $ 695.48 | | | $ (695.48) | $ 346.24 |
| 02/09/18 | $ 600.00 | | | $ 600.08 | | | | | $ 600.00 | $ 946.24 |
| 02/12/18 | | | | $ 600.08 | | $ 695.48 | | | $ (695.48) | $ 250.76 |
| 02/14/18 | | | | $ 600.08 | | | $ 173.20 | | $ (173.20) | $ 77.56 |
| 02/23/18 | $ 600.00 | 02/01/18 | $ 677.92 | $ 522.16 | | | | | $ 600.00 | $ 677.56 |
| 03/15/18 | | | | $ 522.16 | | | $ 299.20 | | $ (299.20) | $ 378.36 |
| 03/30/18 | $ 500.00 | 03/01/18 | $ 677.92 | $ 344.24 | | | | | $ 500.00 | $ 878.36 |
| 03/31/18 | | | | $ 344.24 | | $ 695.48 | | | $ (695.48) | $ 182.88 |
| 05/11/18 | $ 240.00 | | | $ 584.24 | | | | | $ 240.00 | $ 422.88 |
| 05/14/18 | | | | $ 584.24 | | $ 695.48 | | | $ (695.48) | $ (272.60) |
| 06/12/18 | | | | $ 584.24 | | $ 695.48 | | | $ (695.48) | $ (968.08) |
| 06/27/18 | $ 350.00 | | | $ 934.24 | | | | | $ 350.00 | $ (618.08) |
| 06/28/18 | | | | $ 934.24 | | $ 695.48 | | | $ (695.48) | $ (1,313.56) |
| 08/16/18 | $ 712.42 | 04/01/18 | $ 677.92 | $ 968.74 | | | | | $ 712.42 | $ (601.14) |
| 09/13/18 | $ 712.42 | 05/01/18 | $ 677.92 | $ 1,003.24 | | | | | $ 712.42 | $ 111.28 |
| 09/13/18 | $ 712.42 | 06/01/18 | $ 677.92 | $ 1,037.74 | | | | | $ 712.42 | $ 823.70 |
| 10/23/18 | | 07/01/18 | $ 677.92 | $ 359.82 | | $ 765.89 | | | $ (765.89) | $ 57.81 |
| 11/20/18 | | | | $ 359.82 | | | | $ (107.68) | $ 107.68 | $ 165.49 |
| | $ 194.33 | | | $ 359.82 | | | | | $ 194.33 | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |
| | | | | $ 359.82 | | | | | $ - | $ 359.82 |